AO 241
(Rev. 10/07)

Page 2

**18-6653**

## PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

**SECT. H  MAG. 4**

| United States District Court | District: |
|---|---|
| Name (under which you were convicted): Jason Mizell | Docket or Case No.: |
| Place of Confinement: Louisiana State Penitentiary | Prisoner No.: 600386 |
| Petitioner (include name under which you were convicted) Jason Mizell    v. | Respondent (authorized person having custody of petitioner) Darrel Vannoy, Warden |
| The Attorney General of the State of Louisiana | |

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: **22nd Judicial District Court: Parish of Washington**.

   (b) Criminal docket or case number (if you know): **107,063**

2. (a) Date of the judgment of conviction (if you know): **May 23, 2012**.

   (b) Date of sentencing: **July 2, 2012**.

3. Length of sentence: **Life w/o benefits**.

4. In this case, were you convicted on more than one count or more than one crime? ☐ Yes   X No

5. Identify all crimes of which you were convicted and sentenced in this case: **Aggravated Rape**.

6. What was your plea? (Check one)

   X (1) Not guilty         ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty             ☐ (4) Insanity Plea

   b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count what did you plead guilty to and what did you plead not guilty to? N/A

   (c) If you went to trial, what kind of trial did you have? (Check one)

   X Jury        ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?
   ☐ Yes   ☐ No

**TENDERED FOR FILING**

**JUL 12 2018**

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

\\Mepd05\ICS\lp-dconstance80\My Documents\clients\M\Mizell Jason #600386\Mizell Jason 2254.odt

AO 241  
(Rev. 10/07)

Page 3.

8. Did you appeal from the judgment of conviction?

    X Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court: **Louisiana First Circuit Court of Appeal**

(b) Docket or case number (if you know): **2012-KA-2045**

(c) Result: **Affirmed.**

(d) Date of result: **December 27, 2013**.

(e) Citation to the case (if you know):

(f) Grounds raised: **The trial judge erred in refusing to grant a mistrial after the Prosecutor made improper references to Mr. Mizell's failure to testify.**

(g) Did you seek further review by a higher state court?    X Yes    ☐ No

If yes, answer the following:

(1) Name of court: **Louisiana Supreme Court**.

(2) Docket or case number (if you know): **2014OKH-0237**

(3) Results: **Denied**

(4) Date of result (if you know): **October 10, 2014**

(5) Citation to the case (if you know): **150 So.3d 894 (La. 2014)**

(6) Grounds raised: **Same as above**

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes  X No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    X Yes    ☐ No

AO 241 (Rev. 10/07)                                                                                                         Page 4.

11. If your answer to Question 10 was "Yes", give the following information:

    (a)    (1) Name of court: **22nd JDC: Parish of Washington**

           (2) Docket or case number (if you know): **107,063**

           (3) Date of filing (if you know): **March 23, 2015**

           (4) Nature of the proceeding: **Application for Post-Conviction Relief**

           (5) Grounds raised: **41 Claims; mostly ineffective assistance of counsel**

           (6) Did you receive a hearing where evidence was given on your petition, application or motion?

                ☐ Yes  X No

           (7) Result: **Denied**

           (8) Date of result (if you know): **February 3, 2016**

    (b) If you filed any second petition, application or motion give the same information:

           (1) Name of court:

           (2) Docket or case number (if you know):

           (3) Date of filing (if you know):

           (4) Nature of the proceeding:

           (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your petition, application or motion?

        ☐ Yes ☐ No

    (7) Result:

    (8) Date of result (if you know):

    (d) Did you appeal to the highest state court having jurisdiction the result of action taken on your petition, application or motion?

        (1) First petition:      X Yes    ☐ No

        (2) Second petition:  ☐ Yes    ☐ No

    (e) If you did not appeal to the highest state court having jurisdiction, explain briefly why you did not:

12. For this petition, state every ground which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 241  
(Rev. 10/07)

Page 5.

CAUTION: <u>In order to proceed in the federal court, you must ordinarily first exhaust (use up) your available state court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): <u>**See Memorandum in Support.**</u>

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c) **Direct Appeal of Ground One: The trial judge erred in refusing to grant a mistrial after the Prosecutor made improper references to Mr. Mizell's failure to testify.**

    (1)   If you appealed from the judgment of conviction, did you raise this issue?    X Yes   ☐ No

    (2)   If you did not raise this issue in your direct appeal, explain why:

(d) **Post Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes    X No

    (2) If you answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion or petition?    ☐ Yes   ☐ No

    (4) Did you appeal from the denial of your motion or petition?    ☐ Yes   ☐ No

    (5) If you answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes   ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (7) If you answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241                                                                                                                                 Page 6.
(Rev. 10/07)

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUNDS TWO THROUGH SIXTEEN: Ineffective Assistance of Counsel.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): **See Memorandum in Support.**

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)     **Direct Appeal of Grounds Two through sixteen:**

      (1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes  X No

      (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: **Best raised on collateral review**

(d)     **Post Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        X Yes     ☐ No

    (2) If you answer to Question (d)(1) is "Yes," state:

Type of motion or petition: **Application for Post-Conviction Relief**

Name and location of the court where the motion or petition was filed: **22nd JDC: Parish of Washington**

Docket or case number (if you know): **107,063**

Date of court's decision: **February 3, 2016**

Result (attach a copy of the court's opinion or order, if available): **Denied**

    (3) Did you receive a hearing on your motion or petition?   ☐ Yes     X No

    (4) Did you appeal from the denial of your motion or petition? X Yes     ☐ No

    (5) If you answer to question (d)(4) is "Yes," did you raise this issue in the appeal? X Yes ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (7) If you answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two through Sixteen:

AO 241 \
(Rev. 10/07)

Page 7.

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  X  Yes          ☐  No

   If you answer is "No," state which grounds have not been do presented and give your reason(s) for not presenting them:

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them: <u>No</u>

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes  X  No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy or any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?          ☐ Yes          X  No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised.

(16) Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At preliminary hearing: <u>Pamela Hershey, 919 A Washington St., Franklinton, LA  70438</u>

   (b) At arraignment and plea: <u>Same</u>

   (c) At trial: <u>John Linder & Darrel Sims, 919 A Washington St., Franklinton, LA  70438</u>

   (d) At sentencing: <u>Same</u>

   (e) On appeal: <u>Frank Sloan</u>

   (f) In any post-conviction proceeding: <u>None</u>

   (g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  ☐ Yes     X  No

   (a) If so, give the name and location of the court that imposed the other sentence you will serve in the future:

   (b) Give the date the other sentence was imposed:

   (c) Give the length of the other sentence:

AO 241 (Rev. 10/07)

Page 8.

(d). Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☐ No

18. TIMELINESS OF PETITION: If you judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]

Therefore, petitioner asks that the Court grant the following relief: Reverse the conviction and sentence, or in the alternative, remand this matter for a new trial; or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 12th day of July, 2018.

*Jason Mizell*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244 (d) provides in part that:

1. (1) A one year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking for such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could not have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

AO 241  
(Rev. 10/07)

Page 1.

## Petition for Relief From a Conviction or Sentence By a Person in State Custody

**(Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)**

### Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentenced to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution if holding for you. If you account exceeds $_____, you must pay the filing fee.

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed this form, send the original and two copies to the Clerk of the United States District Court at this address:
   
   Clerk's Office, U.S. District Court  
   Eastern District  
   500 Poydras St.  
   New Orleans, LA 70130

9. **CAUTION:** You must include in this petition all grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

10. **CAPITAL CASES:** If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.

\\Mepd05\ICS\lp-dconstance80\My Documents\clients\M\Mizell Jason #600386\Mizell Jason 2254.odt