UNITED STATES DISTRICT COURT EASTERN DISTRICT

OF LOUISIANA

| | |
|---|---|
| **JASON MIZELL,** | **CIVIL ACTION** |
| PETITIONER | |
| | **NO. 18-cv-6653** |
| **VERSUS** | |
| | **SECTION "H" (4)** |
| **DARREL VANNOY, WARDEN,** | |
| RESPONDENT | |

**ORDER**

The entire record from each state court is required for the Court to assess the validity of the defenses to be raised and the reasonableness of the state court rulings in light of Supreme Court precedent. The records of the various courts often do not have exact copies of pleadings, e.g. dates and file stamps, despite the representations by this Assistant District Attorney.

**IT IS HEREBY ORDERED** that the Respondent's Motion for Leave to Omit Redundant Documents When Producing State Court Record (Doc. 11) is **DENIED**.

New Orleans, Louisiana, this 19th day of September, 2018.

_____
CHIEF U.S. MAGISTRATE JUDGE