UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON MIZELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-6653** |
| **DARREL VANNOY, WARDEN** | **SECTION "H"(4)** |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and Petitioner's objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Jason Mizell's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 4th day of November, 2019.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**